IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 5:22-CR-6-TES-7 |
| v. | : |
| VICTOR MENDOZA<br>a/k/a "DINO"<br>Defendant | : |

## ORDER TO DISMISS

Before the Court is the United States' unopposed motion to dismiss the above-styled Indictment as to Defendant Victor Mendoza pursuant to Federal Rule of Criminal Procedure 48(a) due to the acceptance of a global plea agreement in Southern District of Alabama Case No. 1:22-CR-00155-KD-B. The Court finds it is in the interest of justice to grant the United States' request.

Accordingly, the Court GRANTS the United States' Motion to Dismiss Indictment, Doc. 393, and hereby ORDERS that the pending Indictment against Defendant Victor Mendoza be DISMISSED with prejudice.

SO ORDERED, this 13th day of June, 2023.

TILMAN E. SELF, III, U.S. DISTRICT JUDGE
UNITED STATES DISTRICT COURT